US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 15 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCUS FURLOW

Plaintiff,

v.

CIVIL ACTION NO. 16-1054

CREDIT ONE FINANCIAL
d/b/a Credit One Bank

Defendant.

## PLAINTIFF'S COMPLAINT

Plaintiff, MARCUS FURLOW ("Plaintiff"), through his attorneys, alleges the following against Defendant, CREDIT ONE FINANCIAL d/b/a Credit One Bank ("Defendant"):

### INTRODUCTION

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of this action pursuant to 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts giving rise to Plaintiff's cause of action occurred in this district as Plaintiff resides in this district and as Defendant transacts business in this district.

### PARTIES

4. Plaintiff is a natural person who at times relevant resided in Strong, Arkansas

5. Defendant is a business entity with an office located at 585 Pilot Road, Las Vegas, Nevada 89119.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## FACTUAL ALLEGATIONS

7. Defendant places telephone calls to phone number ████████, Plaintiff's cellular telephone number.

8. These calls were placed for non-emergency purposes.

9. Upon information and good faith belief, and in light of the frequency, number, nature, and character of these calls, Defendant placed them by using an automatic telephone dialing system.

10. On June 6, 2015, Plaintiff instructed Defendant to stop calling him.

11. Plaintiff revoked any consent, actual or implied, for Defendant to use an automatic telephone dialing system to call his cell phone.

12. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone.

13. Since June 6, 2015 Defendant called Plaintiff's cell phone at least forty-nine (49) times.

14. Defendant's called Plaintiff upwards of four (4) times in a single day.

15. Plaintiff is annoyed and feels harassed by Defendant's calls to his cell phones.

16. Defendant placed these calls voluntarily.

17. Defendant placed these calls under its own free will.

18. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

19. Defendant intended to use an automatic telephone dialing system to place these calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

20. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

21. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

22. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

23. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

24. All court costs, witness fees and other fees incurred; and

25. Any other relief that this Honorable Court deems appropriate.

Dated: June 6, 2016

Respectfully submitted,

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
Attorneys for Plaintiff