IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCUS FURLOW                                                                                          PLAINTIFF

CASE NO. 1:16-CV-1054

CREDIT ONE FINANCIAL,
d/b/a Credit One Bank                                                                                  DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation Allowing Arbitration. (ECF No. 8). Pursuant to the agreement of Plaintiff and Defendant Credit One Bank, this case is STAYED pending arbitration by the American Arbitration Association. The parties shall file a joint report as to the status of the arbitration proceedings every one hundred and twenty (120) days from the date of this Order. The Clerk of the Court is directed to administratively terminate this case.

**IT IS SO ORDERED**, this 12th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judg